IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO.: 3:20-cv-656

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| APPROXIMATELY $90,600 IN U.S. ) | |
| CURRENCY SEIZED FROM GUILLERMO ) | |
| RAYA ON JUNE 30, 2020 AT ) | |
| THE CHARLOTTE-DOUGLAS ) | |
| INTERNATIONAL AIRPORT ) | |

**THIS MATTER** comes before the Court on the Government's Motion for Entry of Default Judgment (Doc. No. 8). Having considered the Motion and the pleadings, the Court **GRANTS** the Motion and **ORDERS** as follows:

**IT IS HEREBY ORDERED THAT** Judgment by Default is entered against all persons in the world not having filed a claim in this action as the to the following property:

- **$90,600 in United States Currency seized from Guillermo Raya on June 30, 2020 at the Charlotte-Douglas International Airport**.

**IT IS FURTHER ORDERED THAT** all right, title and interest in the following property, whether real, personal, mixed, has therefore been forfeited to the United States for disposition according to law:

- **$90,600 in United States Currency seized from Guillermo Raya on June 30, 2020 at the Charlotte-Douglas International Airport.**

**SO ORDERED.**

Signed: February 16, 2021

*[Signature]*

Robert J. Conrad, Jr.
United States District Judge